UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No. 21-MJ-580-ZMF-2 |
| v. : | |
| : | NOTICE OF ATTORNEY |
| : | APPEARANCE |
| Antonio Ferrigno, Jr. : | |
| Defendant : | |

PLEASE enter the appearance of Thomas Young, Assistant Federal Public Defender, to represent Antonio Ferrigno Jr., in the above captioned matter

Respectfully submitted,

s/ *Thomas Young*

Thomas Young
Assistant Federal Public Defender
Office of the Federal Public Defender
District of New Jersey
800-840 Cooper Street, Suite 350
Camden, NJ 08102

Dated: September 14, 2021